PER CURIAM.
We affirm appellant, Linda Wright’s, sentences imposed upon her as a habitual felony offender and a prison releasee reof-fender. The trial court, however, orally sentenced appellant on Count I, robbery with a weapon, to life in prison as a habitual felony offender with a mandatory minimum of thirty years as a prison releasee reoffender. The written sentence imposed upon appellant was the reverse, thirty years as a habitual felony offender and life as a prison releasee reoffender which is not authorized[1] and does not comport with the oral sentence imposed. As the oral sentence controls, we remand for the correction of the written sentence on Count I to comport with the oral sentence imposed by the trial court. See, e.g., Trapp v. State, 760 So.2d 924, 926 n. 1 (Fla.2000).
AFFIRMED BUT REMANDED FOR CORRECTION OF WRITTEN SENTENCE.
STONE, KLEIN and HAZOURI, JJ., concur.

. See § 775.082(8)(c), Fla. Stat. (1997).